IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00819-BNB

EUGENIO NAVARRO, JR.,

Applicant,

v.

RON LEYBA, Warden, and
JOHN W. SUTHER [sic], Attorney General,

Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 2 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant Eugenio Navarro, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Arkansas Valley Correctional Facility in Crowley, Colorado. Mr. Navarro has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994) challenging the validity of his sentence. The Court must construe the application liberally because Mr. Navarro is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Navarro will be ordered to file an amended pleading.

The Court has reviewed the application and finds that it is deficient. First, the application properly is asserted pursuant to 28 U.S.C. § 2254 (1994 & Supp. 2005) because Mr. Navarro is challenging the validity of his sentence rather than the execution of his sentence. In addition, because Mr. Navarro has not used the proper

form for a habeas corpus application pursuant to § 2254, the Court lacks the necessary information to determine whether the application is timely filed. Therefore, Mr. Navarro will be directed to file an amended pleading on the proper form and to provide all of the requested information regarding when he was convicted, whether he appealed directly from his conviction, the specific dates relevant to any postconviction motion or motions he may have filed, and whether he has exhausted the claims asserted in the instant action. Accordingly, it is

ORDERED that Mr. Navarro file **within thirty (30) days from the date of this order** an amended pleading that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Navarro, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Navarro fails within the time allowed to file an amended pleading as directed, the application will be denied and the action will be dismissed without further notice.

DATED June 2, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00819-BNB

Eugenio A. Navarro, Jr.
Prisoner No. 83708
Arkansas Valley Corr. Facility
PO Box 1000 – Unit 2-C-1-6
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 6/2/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk